**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marco Antonio HERNANDEZ–ROMERO, Defendant–Appellant.**

**No. 07–10115.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2007.*

Filed Nov. 26, 2007.

Mary Sue Feldmeier, Esq., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Christopher R. Kilburn, Esq., Federal Public Defender's Office, Tucson, AZ, for Defendant–Appellant.

Before: TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Marco Antonio Hernandez–Romero appeals from the 51–month sentence imposed

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

following his guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a) and enhanced by (b)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Hernandez–Romero contends that the district court failed to conduct a proper 18 U.S.C. § 3553(a) analysis. We disagree. *See Rita v. United States,* —— U.S. ——, 127 S.Ct. 2456, 2469, 168 L.Ed.2d 203 (2007); *see also United States v. Perez–Perez,* No. 06–30341, 2007 WL 3052985 at *1–2 (9th Cir. Oct.22, 2007).

**AFFIRMED.**